```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HEIKO GOLDENSTEIN,              )
                                )
          Plaintiff             )
                                )    Civil Action
     vs.                        )    No. 13-cv-02797
                                )
REPOSSESSORS, INC.;             )
CHAD LATVAAHO;                  )
SHADY OAK ENTERPRISES, INC.,    )
  doing business as PREMIER     )
  FINANCE ADJUSTERS; and        )
PHILIP J. HOURICAN,             )
                                )
          Defendants            )
```

O R D E R

NOW, this 17th day of July, 2014, upon consideration of the following documents:

    (1)  Motion for Summary Judgment on Behalf of Defendants, Repossessors, Inc., Chad Latvaaho, and Shady Oak Enterprises, Inc., d/b/a Premier Finance Adjusters, which motion was filed April 11, 2014 (Document 35); together with

        Brief in Support of Motion for Summary Judgment on Behalf of Defendants, Repossessors, Inc., Chad Latvaaho, and Shady Oak Enterprises, Inc., d/b/a Premier Finance Adjusters, which brief was filed April 11, 2014 (Document 35-9);

    (2)  Plaintiffs' Response in Opposition to Motion for Summary Judgment, which response was filed May 5, 2014 (Document 40); together with

        Heiko Goldenstein's Memorandum of Law in Opposition to Motion for Summary

                Judgment, which memorandum was filed May 5, 2014 (Document 40-1);

(3)    Reply Brief in Support of Motion for Summary Judgment on Behalf of Defendants, Repossessors, Inc., Chad Latvaaho, and Shady Oak Enterprises, Inc., d/b/a Premier Finance Adjusters, which reply brief was filed by defendants on June 19, 2014 (Document 45); and

(4)    Plaintiff's Motion to Bring Additional Authority to the Court's Attention, which motion was filed July 16, 2014 (Document 46);

and for the reasons expressed in the accompanying Opinion,

<u>IT IS ORDERED</u> that plaintiff's motion to bring additional authority to the court's attention is granted.

<u>IT IS ORDERED</u> that defendants' motion for summary judgment is granted.

<u>IT IS FURTHER ORDERED</u> that judgment is entered in favor of defendants, Repossessors, Inc., Chad Latvaaho, Shady Oak Enterprises, Inc., doing business as Premier Finance Adjusters, and Philip Hourican, and against plaintiff, Heiko Goldenstein, on plaintiff's Complaint.

<u>IT IS FURTHER ORDERED</u> that the Clerk of Court shall mark this case closed for statistical purposes.

                                    BY THE COURT:

                                    /s/ JAMES KNOLL GARDNER
                                    James Knoll Gardner
                                    United States District Judge